|   |   |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | JOSH F. SIGAL |
|   | Special Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA  95814 |
| 4 | (916) 554-2700 |




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ) APPLICATION OF THE UNITED STATES ) OF AMERICA FOR SEARCH WARRANT ) CONCERNING: ) ) **USPS FIRST CLASS MAIL PARCEL** ) **9114999944238100845314 ADDRESSED TO** ) **"JORDAN ANDERSON, 3131 MEMORIAL** ) **CT APT 20112, HOUSTON, TX 77007-6278"** ) **(HEREINAFTER REFERRED TO AS** ) **"PARCEL ONE").** ) ) ) ) ) ) | 2:14-SW-601-KJN  **ORDER RE: REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT**  <u>UNDER SEAL</u> |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered unsealed.

DATED: December 1, 2014

_____
Hon. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE